NELLA MANKO, Appellant, v LENOX HILL HOSPITAL, Respondent.

Decided September 23, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the orders appealed from do not finally determine the action within the meaning of the Constitution.